UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHELLE R. PURCELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 4:14-cv-01182 |
| ROBERT A. McDONALD, ) | |
| Secretary, ) | |
| Department of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE AND MEMORANDUM IN SUPPORT

Plaintiff Michelle R. Purcell and Defendant Robert A. McDonald, Secretary of Veterans Affairs, file this Joint Motion to Dismiss all Claims with Prejudice and offer the following information in support:

The parties have compromised and settled all claims in this lawsuit, including all those claims, third party claims, counter-claims and cross-claims of any kind which were asserted or which could have been asserted in this lawsuit. The parties therefore ask the Court to dismiss the case with prejudice. The parties agree that the settlement as allocated among the parties is necessary, reasonable, fair, and appropriate.

Accordingly, the parties ask the Court to dismiss all claims with prejudice, with each party bearing its own costs and fees. A proposed order is attached.

1

Respectfully submitted,

*/s/Woodrow Epperson (by consent)*
Woodrow Epperson
Attorney at Law
Southern District Bar Number: 143
Texas Bar Number: 06637000
10565 Katy Freeway
Suite 250
Houston, TX 77024
Telephone: (713) 973-6303
Facsimile: (713) 973-1882
E-mail: jepper1068@aol.com

*Attorney-in-Charge for Plaintiff*

KENNETH MAGIDSON
United States Attorney

*/s/KENNETH SHAITELMAN*
Kenneth Shaitelman
Assistant United States Attorney
Southern District Bar Number: 14199778
Texas Bar Number: 24077606
1000 Louisiana, Suite 2300
Houston, TX 77002
Telephone: (713) 567-9609
Facsimile: (713) 718-3309
E-mail: kenneth.shaitelman@usdoj.gov

*Attorney-in-charge for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>Woodrow Epperson
>jepper1068@aol.com

I further certify that I have mailed by U.S. mail the paper to the following non-ECF participants:

>George Crow
>Law Office of George Crow
>P.O. Box 30
>Katy, TX 77492-0030
>
>Carla D. Epperson
>10565 Katy Freeway
>Suite 250
>Houston, TX 77024

>*/s/KENNETH SHAITELMAN*
>Kenneth Shaitelman
>Assistant United States Attorney
>Southern District Bar Number: 14199778
>Texas Bar Number: 24077606
>1000 Louisiana, Suite 2300
>Houston, TX 77002
>Telephone: (713) 567-9609
>Facsimile: (713) 718-3309
>E-mail: kenneth.shaitelman@usdoj.gov