UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHELLE R. PURCELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:14-cv-01182 |
| ROBERT A. McDONALD, Secretary, Department of Veterans Affairs, | ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

After consideration of the parties' Joint Motion to Dismiss All Claims with Prejudice, the Court orders that the Motion is GRANTED. The Clerk of the Court is directed to close the case. Each party shall bear its own costs and fees.

Signed this 19th day of November, 2014.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE